AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOHNNY ADDISON <br><br> *Plaintiff(s)* <br> v. <br> THE CITY OF NEW YORK, <br> DET. JAMES ELLERBE, <br> et al <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-07304-MKB-LB |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  DET. JAMES ELLERBE
Narcotics Bureau Brooklyn North
1 Police Plaza, Rm. 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   PAUL HALE, ESQ
26 COURT ST. STE 913
BROOKLYN, NY 11242

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 5/20/15

s/ Claudia Riquelme

*Signature of Clerk or Deputy Clerk*

